FILED
JUL 31 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHEILA GHARAGOZLOU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-02325-BEN-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE**<br><br>[Doc. No. 18] |

Having read and considered the Joint Motion to Dismiss with Prejudice by Plaintiff Soheila Gharagozlou ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant"), and good cause appearing,

**IT IS HEREBY ORDERED:**

The parties' Joint Motion for an Order dismissing the action in its entirety with prejudice is hereby **GRANTED**. Each party is to bear its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: July 29, 2019

HON. ROGER T. BENITEZ
United States District Judge

1

3:18-cv-02325-BEN-MDD